# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO: 3:04CR227

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff | )<br>)<br>) |
| vs. | )     **ORDER** <br>) |
| **VINCENT LASHAWN BONDS,** Defendant. | )<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of an undated letter from Vincent Lashawn Bonds (the "Letter") to Chief Judge Graham C. Mullen. In the Letter, Mr. Bonds complains about his appointed counsel, Kenneth D. Snow.

It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Bonds has any matters he wishes this Court to consider, they must be submitted through his attorney. The Court notes Mr. Bonds' contentions that Mr. Snow is not adequately representing Mr. Bonds' interests. As such, the Court will schedule an inquiry into the status of counsel.

**IT IS, THEREFORE, ORDERED** that Mr. Bonds' request is **DENIED** without prejudice to Mr. Bonds' right to re-file the request, if appropriate, through his attorney.

**Signed: October 14, 2005**

_____
David C. Keesler
United States Magistrate Judge