IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr227

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| VINCENT LASHAWN BONDS | ) | |

**THIS MATTER** is before the Court upon motion of the counsel for the defendant on appeal to be given access to the presentence report in this case. (Doc. No. 65). The motion requests that the report be unsealed so that the Clerk's Office can provide him a copy.

Title 18, United States Code, Section 3552(d) allows disclosure of the presentence report to counsel for the defendant. Therefore, appellate counsel is entitled to the report. However, it is not necessary to unseal the report (thus, allowing public access) to do so. Additionally, the United States Probation Office, not the Clerk's Office, maintains the report following sentencing.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is GRANTED in part and DENIED in part. The U.S. Probation Office is directed to provide counsel for the defendant a copy of the report. The report, however, remains under seal.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the U.S. Probation Office.

Signed: August 10, 2006

Robert J. Conrad, Jr.
Chief United States District Judge